### OF THE

# STATE OF NEVADA

## JANUARY TERM, 1912

[No. 1988]

POTOSI ZINC COMPANY (A CORPORATION), P. C.
GRAY, WILBUR O. DOW, AND ELEANOR
BROWN, APPELLANTS, v. J. J. MAHONEY AND
P. H. MAHONEY, RESPONDENTS.

1. APPEAL AND ERROR—AFFIRMANCE—ABANDONMENT OF APPEAL.
That appellant having failed for more than six months to file
briefs, or to appear and argue the case on a motion to dismiss
or on the merits after notice of the hearing, and having made
no request to submit the cause without argument or brief, war-
rants an inference of abandonment of the appeal, which was
from the judgment roll alone, so that the judgment is properly
affirmed; no glaring defects appearing on the face of the judg-
ment roll.

APPEAL from the Fourth Judicial District of the State
of Nevada, Clark County; *George S. Brown,* Judge.

Action by the Potosi Zinc Mining Company and others
against J. J. Mahoney and another. Judgment for defend-
ants, and plaintiffs appeal. **Affirmed.**

The facts sufficiently appear in the opinion.

*Haas, Garret & Dunnigan,* and *W. R. Thomas,* for Appellants.

*Cheney, Downer, Price & Hawkins, Gray, Barker, Bowen, Allen, Van Dyke & Jutten, Flint, Gray & Barker,* and *Richard Busteed,* for Respondents.

*Per Curiam:*

This is an appeal from the judgment roll alone.

Since the filing of the record on appeal in this court about six months ago, the plaintiffs have not filed any briefs on appeal, and have failed to appear and argue the case on the motion to dismiss, or the merits, at the time set for the hearing after postponement, and after notice of the motion and hearing. No request has been made for the submission of the case without argument or brief. Under the circumstances, it may be inferred that the appeal has been abandoned; and, as no glaring defects appear on the face of the judgment roll, the judgment is affirmed under the following cases: *Linville* v. *Clark,* 30 Nev. 113; *State* v. *Myatt,* 10 Nev. 166; *Gardner* v. *Gardner,* 23 Nev. 214; *Finlayson* v. *Montgomery,* 14 Nev. 397; *Fulton* v. *Day,* 8 Nev. 82; *Goodhue* v. *Shedd,* 17 Nev. 141; *Matthewson* v. *Boyle,* 20 Nev. 88.